**UNITED STATES of America, Appellee,**

v.

**Jorge Alvarez FUENTES, also known as Alejandro Alvavit Gomes, Appellant.**

No. 03–1206.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 15, 2003.

Decided Oct. 21, 2003.

1. The HONORABLE CAROL E. JACKSON, Chief Judge of the United States District Court for the Eastern District of Missouri.

Ann M. Anaya, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Manvir Kaur Atwal, Federal Public Defender's Office, Minneapolis, MN, Jorge Alvarez Fuentes, pro se, Sandstone, MN, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

After Jorge Alvarez Fuentes (Fuentes) pleaded guilty to possession with intent to distribute in excess of 500 grams of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), the district court[1] sentenced him to 37 months' imprisonment and 3 years' supervised release. He appeals, and we affirm.

For reversal, Fuentes argues that the district court erred in denying him a 2–level minor-role reduction under U.S.S.G. § 3B1.2(b), because he acted merely as a courier in the offense. A minor participant is one who is less culpable than most other participants in the offense, but whose role could not be described as minimal. See U.S.S.G. § 3B1.2(b) & comment. (n.5). The defendant bears the burden of demonstrating that he is entitled to such a reduction, see United States v. Lopez–Arce, 267 F.3d 775, 784 (8th Cir.2001), and we review for clear error the district court's denial of the reduction, see United States v. White, 241 F.3d 1015, 1024 (8th Cir.2001).

The district court did not clearly err. The undisputed facts indicate that Fuentes was deeply involved in the offense as both a contact person and a courier, and he was caught with a significant amount of cocaine. See United States v. Alverez, 235 F.3d 1086, 1090 (8th Cir.2000), cert. denied, 532 U.S. 1031, 121 S.Ct. 1983, 149 L.Ed.2d 774 (2001); United States v. Thompson, 60 F.3d 514, 518 (8th Cir.1995).

The judgment is affirmed.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.